**10 CIV 2116**

"ECF Case"

# CIVIL COVER SHEET

**JUDGE CHIN**

JS 44C/SDNY
REV. 1/97
WEB 12/02

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

MAR 10 2010

| PLAINTIFFS | DEFENDANTS |
|---|---|
| SMITH WALLER | COCA-COLA ENTERPRISES INC. |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER | ATTORNEYS (IF KNOWN) |
|---|---|
| Finkelstein & Partners, LLP, 1279 Route 300 P. O. Box 1111, Newburgh, New York 12551 Phone # (800)634-1212 | |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. Section 2000e, et seq.)

Has this or a similar case been previously filed in SDNY at any time? No [x]  Yes? [ ]   Judge Previously Assigned

If yes, was this case Vol [ ]  Invol. [ ]  Dismissed. No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)                    NATURE OF SUIT

### ACTIONS UNDER STATUTES

**CONTRACT**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 151 MEDICARE ACT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY

**TORTS**

*PERSONAL INJURY*
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS' LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY

*PERSONAL INJURY*
- [ ] 362 PERSONAL INJURY - MED MALPRACTICE
- [ ] 365 PERSONAL INJURY PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

*PERSONAL PROPERTY*
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**
- [ ] 610 AGRICULTURE
- [ ] 620 FOOD & DRUG
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 630 LIQUOR LAWS
- [ ] 640 RR & TRUCK
- [ ] 650 AIRLINE REGS
- [ ] 660 OCCUPATIONAL SAFETY/HEALTH
- [ ] 690 OTHER

**LABOR**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT RELATIONS
- [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
- [ ] 740 RAILWAY LABOR ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 COPYRIGHTS
- [ ] 830 PATENT
- [ ] 840 TRADEMARK

**SOCIAL SECURITY**
- [ ] 861 MIA (1395FF)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 TAXES
- [ ] 871 IRS-THIRD PARTY 20 USC 7609

**OTHER STATUTES**
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 410 ANTITRUST
- [ ] 430 BANKS & BANKING
- [ ] 450 COMMERCE/ICC RATES/ETC
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
- [ ] 810 SELECTIVE SERVICE
- [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
- [ ] 875 CUSTOMER CHALLENGE 12 USC 3410
- [ ] 891 AGRICULTURE ACTS
- [ ] 892 ECONOMIC STABILIZATION ACT
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 894 ENERGY ALLOCATION ACT
- [ ] 895 FREEDOM OF INFORMATION ACT
- [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES
- [ ] 890 OTHER STATUTORY ACTIONS

### ACTIONS UNDER STATUTES

**REAL PROPERTY**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 246 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**CIVIL RIGHTS**
- [ ] 441 VOTING
- [x] 442 EMPLOYMENT
- [ ] 443 HOUSING ACCOMMODATIONS
- [ ] 444 WELFARE
- [ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**
- [ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255
- [ ] 530 HABEAS CORPUS
- [ ] 535 DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS
- [ ] 555 PRISON CONDITION

---

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $ 1,000,000.00  OTHER _____   JUDGE _____  DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [x] YES [ ] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

(PLACE AN x IN ONE BOX ONLY)

**ORIGIN**

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from (Specify District)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY)

**BASIS OF JURISDICTION**

[ ] 1 U.S. PLAINTIFF   [ ] 2 U.S. DEFENDANT   [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   [X] 4 DIVERSITY

**IF DIVERSITY, INDICATE CITIZENSHIP BELOW.** (28 USC 1322, 1441)

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)
(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [X] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [X] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES) (Calendar Rule 4(A))
SMITH WALLER
71 Duncan Avenue
Cornwall-on-Hudson, NY 12520
Orange County - State of New York

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES) (Calendar Rule 4(A))

COCA-COLA ENTERPRISES INC.,
111 Fairview Park Drive
Elmsford, NY 10523
County of Westchester - State of New York

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [X] FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

DATE 3/9/2010   X _____ SIGNATURE OF ATTORNEY OF RECORD
RECEIPT # _____   ANDREW G. FINKELSTEIN, ESQ.

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. 03 Yr. 1992)
Attorney Bar Code # AF 1070

Magistrate Judge is to be designated by the Clerk of the Court.
Magistrate Judge _____ MAG. FRANC_____ is so Designated.

J. Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN District of NEW YORK

JUDGE CHIN

SMITH WALLER,

Plaintiff,

V.

COCA-COLA ENTERPRISES INC.,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 10 CIV 2116

TO: (Name and address of Defendant)

COCA-COLA ENTERPRISES INC.
111 Fairview Park Drive
Elmsford, NY 10523

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Finkelstein & PARTNERS, LLP
1279 Route 300. P. O. Box 1111
Newburgh, NY 12551

an answer to the complaint which is herewith served upon you, within  Twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  MAR 10 2010

OAO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

- Served personally upon the defendant. Place where served: _____

- Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- Returned unexecuted: _____

- Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
           Date                   *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JUDGE CHIN

10 CIV 2116

File #96871-01/seh



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SMITH WALLER,

                   Plaintiff,

       -against-              COMPLAINT

COCA-COLA ENTERPRISES INC.,     Plaintiff Demands
                                       Trial by Jury

                   Defendant.
------------------------------------x

    Plaintiff, complaining of the defendant, by attorneys, FINKELSTEIN & PARTNERS, LLP, respectfully show this Court and allege, upon information and belief, the following:

JURISDICTION AND VENUE

    1.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. Section 2000e, et seq.) The jurisdiction of this Court is invoked to secure protection of the redress deprivation of rights guaranteed by federal law, which provides for injunctive and other relief for illegal discrimination in employment.  Plaintiff further invokes the pendent jurisdiction of the Court to consider claims arising under state law.

    2.  Plaintiff, SMITH WALLER, is an adult mail individual and a citizen of the United States of America who currently resides in the County of Orange, State of New York.

3. Plaintiff was filed a timely charge of discrimination with the Equal Employment Opportunity Commission (EEOC) and has met all administrative prerequisites for the brining of this action.

4. Defendant was an employer in Elmsford, County of Westchester, State of New York at the time the alleged acts of discrimination occurred.

5. At all times relevant hereto, defendant, COCA-COLA ENTERPRISES INC., engaged in an industry affecting commerce and employed more than fifteen (15) regular employees.

6. That from approximately September 13, 1983 through February 23, 2009, the plaintiff was employed by the defendant, COCA-COLA ENTERPRISES INC., in the capacity of a truck driver.

7. That at all times relevant hereto the plaintiff performed his job satisfactorily and competently.

8. That the plaintiff suffered a stroke on December 25, 2008 and was hospitalized and out of work from that date until the present time.

9. That on or about the 23rd day of February, 2009, plaintiff informed his Supervisor that he was released by his doctor to return to work, but unable to drive a truck.

10. That on or about the 23rd day of February, 2008, as a result of the aforesaid plaintiff requested a position to be a dispatcher.

11. That on or about the 23rd day of February, 2008, defendant, COCA-COLA ENTERPRISES INC., did refuse to accommodate plaintiff and as a result did discharged plaintiff from his position with

defendant, COCA-COLA ENTERPRISES INC.,.

12. That based upon information and belief, the defendant, COCA-COLA ENTERPRISES INC., did discharge plaintiff from his employment based upon his disability, age, seniority and the fact that defendant choose to hire younger and less expensive personnel, which is a direct violation of right secured to the plaintiff by Title V of the Civil Rights Act of 1964, as amended.

13. That by reason of the foregoing, this plaintiff has suffered damages for lost wages including back pay, as well as future lost wages, future benefits and counsel fees as a result of defendants conduct.

WHEREFORE, plaintiff demands the following relief against the defendant:

A. Compensatory damages in the sum of $1,000,000.00.

B. Punitive damages in the sum of $1,000,000.00.

C. Award plaintiff the costs of this action including reasonable Attorneys' fees, and such other legal and equitable relief as the court deems just and proper.

Yours, etc.,

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff(s)
Office & P.O. Address
1279 Route 300, Box 1111
Newburgh, New York 12551

BY: _____
Andrew G. Finkelstein, Esq.
(AF 1070)

TO:   COCA-COLA ENTERPRISES INC
      Defendant
      c/o Secretary of State
      1 Commerce Plaza
      Albany, NY 12231